UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DIPLOMAT GOLF COURSE
VENTURE, LLC,

      Plaintiff,

CASE No.: 0:19-cv-61275-MGC

vs.

INDIAN HARBOR INSURANCE
COMPANY, et al.

      Defendant.
_____/

## NOTIFICATION OF NINETY DAYS EXPIRING

Defendant, Fair American Select Insurance Company ("FASIC"), pursuant to and as required by S.D. Fla. L.R. 7.1(b)(4)(A), files this Notice and states:

1. On July 2, 2019, FASIC filed and served its Motion to Dismiss all of the claims against it (DE 50.)

2. Plaintiff filed and served a Response in Opposition on August 2, 2019 (DE 79).

3. FASIC filed and served a Reply on August 9, 2019 (DE 88).

4. No hearing has been held on this motion.

5. The Court's Local Rules provide that "with respect to any motion or other matter which has been pending and fully briefed with no hearing set thereon for a period of ninety (90) days . . . the movant or applicant, whether party or non-party, shall serve on all parties and any affected non-parties . . . a 'Notification of Ninety Days Expiring' . . . ." S.D. Fla. L.R. 7.1(b)(4)(A).

Dated: November 21, 2019

                                        **Edgard K. Cespedes**

1008322\304751136.v1

Case No. 0:19-cv-61275-MGC

>Edgard K. Cespedes (Florida Bar No. 123516)
>ecespedes@hinshawlaw.com
>
>HINSHAW & CULBERTSON LLP
>252 Ponce de Leon Blvd., 4th Floor
>Coral Gables, FL 33134
>Telephone: 305-428-5034
>Facsimile: 305-577-1063
>
>-and-
>
>Matthew C. Ferlazzo (Admitted Pro Hac Vice)
>mferlazzo@hinshawlaw.com
>Kyle M. Medley (Admitted Pro Hac Vice)
>kmedley@hinshawlaw.com
>
>HINSHAW & CULBERTSON LLP
>800 Third Avenue, 13th Floor
>New York, NY 10022
>Telephone: 212-471-6200
>Facsimile: 212-935-1166
>
>*Attorneys for Defendant*
>*Fair American Select Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>**Edgard K. Cespedes**
>Edgard K. Cespedes (Florida Bar No. 123516)
>ecespedes@hinshawlaw.com