IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-61275-MGC-Cooke

DIPLOMAT GOLF COURSE VENTURE,
LLC, a Florida limited liability corporation,

    Plaintiff,

v.

INDIAN HARBOR INSURANCE
COMPANY, a Connecticut corporation,
COLONY INSURANCE COMPANY, a
Virginia corporation, et al.,

    Defendants.
_____/

## NOTIFICATION OF NINETY DAYS EXPIRING

Defendant Colony Insurance Company, by and through undersigned counsel, and pursuant to Local Rule 7.1(b)(4) provides notice that the following motion has been fully briefed for more than ninety days:

    i.    Colony's Motion to Dismiss Count I, Count VIII, and Paragraph 137 of the Complaint, filed and served by Colony on June 26, 2019.

    ii.    Plaintiff filed and served a Response in Opposition on August 2, 2019.

    iii.    No hearing has been held on this motion.

    Respectfully submitted,

    Goodman McGuffey LLP
    *Attorneys for Colony Insurance Company*

    /s/ Robert M. Darroch
    ROBERT M. DARROCH
    Florida Bar No. 304646
    rdarroch@GM-LLP.com

- 2 -

CHELSEA V. SALMONSEN
Florida Bar No.  1002603
csalmonsen@GM-LLP.com
6751 Professional Parkway West, Suite 103
Sarasota, FL  34240-8449
(941) 953-4411 Phone
(941) 953-4410 Fax

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served using the CM/ECF system which will automatically send e-mail notification of such on all counsel or parties of record on the Service List below on 12/2/2019.

/s/Robert M. Darroch
Robert M. Darroch

## SERVICE LIST

Michael N. Kreitzer, Esq.
avinm@gtlaw.com
Bilzin Sumberg Baena Price & Axelrod LLP
k1450 Brickell Ave., Ste. 2300
Miami, FL  33131
Telephone:	(305) 374-7580
Facsimile:	(305) 374-7593
*Attorneys for Diplomat Golf Course*

Michael M. Strauch, Esq.
strauchm@gtlaw.com
Bilzin Sumberg Baena Price & Axelrod LLP
k1450 Brickell Ave., Ste. 2300
Miami, FL  33131
Telephone:	(305) 374-7580
Facsimile:	(305) 374-7593
*Attorneys for Diplomat Golf Course*

Taylor L. Davis, Esq.
robert.fisher@clydeco.us
Clyde & Co US LLP
271 17th Street NW,  Suite 1720
Atlanta, GA 30363
Telephone:	(404) 410-3151
Facsimile:	(404) 410-3151
*Attorneys for Indian Harbor Ins. Co.*

Robert W. Fisher, Esq.
robert.fisher@clydeco.us
Clyde & Co. US LLP
271 17th Street NW, Suite 1720
Atlanta, GA 30363
Telephone:	(404) 410-3153
Facsimile:	(404) 410-3151
*Attorneys for Indian Harbor Ins. Co.*

Natalie Renee Meruelo, Esq.
nrm@lydeckerdiaz.com
Lydecker Diaz
1221 Brickell Ave., 19th Floor
Miami, FL  33131
Telephone:	(305) 416-3180
Facsimile:	(305) 416-3190
*Attorneys for Vericlaim, Inc.*

Onier Llopiz, Esq.
ol@lydeckerdiaz.com
Lydecker Diaz
1221 Brickell Ave., 19th Floor
Miami, FL  33131
Telephone:	(305) 416-3180
Facsimile:	(305) 416-3190
*Attorneys for Vericlaim, Inc.*

Joan Carlos Wizel, Esq.
jcw@lydeckerdiaz.com
Lydecker Diaz
1221 Brickell Ave., 19th Floor
Miami, FL  33131
Telephone:	(305) 416-3180
Facsimile:	(305) 416-3190
*Attorneys for Vericlaim, Inc.*

Armando P. Rubio, Esq.
arubio@fieldshowell.com
Fields Howell LLP
9155 So. Dadeland Blvd., Suite 1012
Miami, FL 33156
Telephone:	(786) 870-5600
Facsimile:	(855) 802-5821
*Attorneys for Defendants*

Kyle M. Medley, Esq.
aguetzow@hinshawlaw.com
Hinshaw & Culbertson, LLP
800 Third Avenue, 13th Floor
New York, NY 10022
Telephone:
Facsimile:
*Attorneys for Fair American Select Insurance Company*

Matthew C. Ferlazzo, Esq.
mferlazzo@hinshawlaw.com
Hinshaw & Culbertson, LLP
800 Third Avenue, 13th Floor
New York, NY 10022
Telephone:
Facsimile:
*Attorneys for Fair American Select Insurance Company*

Douglas James Kress, Esq.
dkress@schwedpa.com
Schwed Kahle & Jenks, P.A.
11410 North Jog Rd., Suite 100
Palm Beach Gardens, FL 33418
Telephone:
Facsimile:
*Attorneys for Amwins Brokerage of the Mid-Atlantic, LLC,*

Gregory L. Mast, Esq.
gmast@fieldshowell.com
Fields Howell LLP
1180 West Peachtree Street, Suite 1600
Atlanta, GA 30309
Telephone:	(404) 214-1250
Facsimile:	(404) 214-1251
*Attorneys for Certain Underwriters; Landmark; Gen. Security;*

Kamber S. Burke, Esq.
Fields Howell LLP
Dadeland Centre I, Suite 1012
9155 South Dadeland Boulevard
Miami, FL 33156
Telephone:	(404) 214-1250
Facsimile:	(404) 214-1251
*Attorneys for Certain Underwriters; Landmark; Gen. Security;*

Edgard K. Cespedes, Esq.
aguetzow@hinshawlaw.com
Hinshaw & Culbertson, LLP
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL  33134
Telephone:	(305) 358-7747
Facsimile:	(305) 577-1066
*Attorneys for Fair American Select Insurance Company*