UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 19-61275-Civ-COOKE/HUNT

DIPLOMAT GOLF COURSE VENTURE, LLC, a Florida limited liability corporation,

    Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NO.: PDX-40025-00, *et al*

    Defendants.
_____/

## JOINT MOTION BY ALL PARTIES FOR ENLARGEMENT OF TIME REGARDING EXPERT DEADLINES

Plaintiff, Diplomat Golf Course Venture, LLC ("Diplomat"), submits this motion on behalf of all parties (collectively, the "Parties") and respectfully requests the entry of an order enlarging the time for the Parties to comply with the expert deadlines described below by 30 days or until the Court rules upon the Parties' Joint Motion to Amend Scheduling Order (D.E. 184). In support, the Parties state as follows:

    1.    This is a complex first-party property insurance coverage action concerning alleged property damage and business interruption loss at Diplomat's property. Diplomat has asserted 11 claims against nine Defendants.

    2.    The Court's Scheduling Order (D.E. 91) established the following pretrial deadlines regarding experts ("Expert Deadlines"):

- Plaintiff's expert witness list and summaries/reports – March 20, 2020
- Defendants' expert witness list and summaries/reports – April 3, 2020
- Completion of expert discovery – April 17, 2020
- Daubert motions and accompanying memoranda of law – April 24, 2020

3. After the Court entered the Scheduling Order, the Parties began diligently engaging in the discovery. On September 13, 2019, the Parties served their initial disclosures pursuant to Federal Rule of Civil Procedure 26, which identified dozens of potential witnesses who may have discoverable information.

4. The Parties have since worked diligently to schedule depositions of both the Parties and non-parties. To date, Diplomat seeks to depose 17 witnesses, and Defendants have advised Diplomat that they intend to take the depositions of 15 witnesses. Thus, the total number of depositions taken in this action may exceed 30. The Parties had scheduled some of those depositions but were unable to move forward with them because document discovery has not yet been completed, despite the Parties' efforts. To date, the depositions of Defendant Vericlaim, Inc.'s adjuster Justin Shroyer; Vericlaim, Inc.'s corporate representative; and Indian Harbor Insurance Company's corporate representative are presently scheduled for April 14, 16, and 21, 2020, respectively, and the Parties expect to schedule additional depositions shortly.

5. Beginning in October 2019 and continuing to the present, the Parties have served various requests for production, interrogatories, and requests for admission. The Parties have served responses and objections to the written discovery and are in the process of attempting to resolve various objections without court intervention. With respect to document productions, Plaintiffs have produced more than 20,000 pages of documents, Defendants have produced more than 30,000 pages, and non-parties have produced more than 30,000 pages, with additional productions to be made by the Parties. Due to the volume of documents, the Parties have taken longer than anticipated to complete their document productions and, in turn, proceed with depositions.

6. Despite their diligence, the Parties still need to complete a substantial amount of fact and expert discovery in this matter. Given their collective need for additional time to complete discovery, the Parties filed a joint motion to amend the Scheduling Order (D.E. 184) ("Joint Motion to Amend") on February 14, 2020. In the Joint Motion to Amend, the Parties request, among other things, that the Court extend the Expert Deadlines as follows:

- Plaintiff's expert witness list and summaries/reports – August 17, 2020
- Defendants' expert witness list and summaries/reports – September 4, 2020
- Completion of expert discovery – September 25, 2020

- Daubert motions and accompanying memoranda of law – October 9, 2020

7. The recent coronavirus public health emergency has caused significant disruptions in the Parties' respective schedules and availability to address expert discovery and other issues in the lawsuit. The disruptions have included, among other things, office closures, travel bans, and reduced working capacities as the Parties deal with childcare and address other issues stemming from the public health emergency.

8. On account of the pending Joint Motion to Amend, the Parties' collective need for depositions (several of which have been scheduled for next month) and additional document productions that the Parties are assiduously working to complete, and significant disruptions caused by the coronavirus public health emergency, the Parties are in need of additional 30 days to comply with the Expert Deadlines.

9. This motion is made in good faith and not meant to cause undue delay. All Parties consent to the requested enlargement of the Expert Deadlines.

WHEREFORE, the Parties respectfully requests that the Court enter an order granting this joint motion and enlarging the Expert Deadlines by 30 days or until such time as the Court rules upon the Joint Motion to Amend.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

The undersigned counsel for Diplomat hereby certifies that he has conferred with counsel for all of the Parties by email on March 17 and 18, 2020, in a good faith effort to resolve the issues raised in the motion. All Parties have agreed to the relief sought in the motion.

By: *s/Michael E. Strauch*

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Plaintiff*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
305-374-7580 Telephone
305-374-7593 Facsimile

By: *s/Michael N. Kreitzer*
Michael N. Kreitzer, Esq.
Florida Bar No. 705561

3

Case No. 19-61275-Civ-COOKE/HUNT

kreitzerm@gtlaw.com
Michael E. Strauch, Esq.
Florida Bar No. 13988
strauchm@gtlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record as follows.

| | |
|---|---|
| **Fields Howell**<br>Dadeland Centre I<br>9155 South Dadeland Boulevard<br>Suite 1012<br>Miami, FL 33156<br>786-870-5600<br>Armando Pedro Rubio, Esq.<br>Email: arubio@fieldshowell.com<br>Gregory L. Mast, Esq.<br>Email: gmast@fieldshowell.com<br>Kamber S. Burke, Esq.<br>Email: kburke@fieldshowell.com<br>*Counsel for Certain Underwriters at Lloyds, London Subscribing to Policy No.: PDX-40025-00; Landmark American Insurance Company; General Security Indemnity Company of Arizona; International Insurance Company of Hannover SE* | **Hinshaw Culbertson**<br>2525 Ponce de Leon Blvd<br>Floor 4<br>Coral Gables, FL 33134<br>(305) 428-5034<br>Juan Carlos Quintana, Jr., Esq.<br>Email: jquintana@hinshawlaw.com<br>Kyle M. Medley, Esq.<br>Email: kmedley@hinshawlaw.com<br>Matthew C. Ferlazzo, Esq.<br>Email: mferlazzo@hinshawlaw.com<br>*Counsel for Fair American Select Insurance Company* |
| **Goodman McGuffey LLP**<br>6751 Professional Parkway West<br>Suite 103<br>Sarasota, FL 34240<br>941-806-2980<br>Robert Malcolm Darroch, Esq.<br>Email: rdarroch@gm-llp.com<br>*Counsel for Colony Insurance Company* | **Schwed Kahle & Jenks, P.A.**<br>11410 North Jog Road<br>Suite 100<br>Palm Beach Gardens, FL 33418<br>561-694-0070<br>Douglas James Kress<br>Email: dkress@schwedpa.com<br>*Counsel for Amwins Brokerage of Mid-Atlantic, LLC; Amwins Group, Inc.* |
| **Lydecker \| Diaz**<br>1221 Brickell Avenue<br>19th Floor | **Clyde & Co US LLP**<br>271 17th Street NW, Suite 1720<br>Atlanta, GA 30363 |

| | |
|---|---|
| Miami, FL 33131<br>305-416-3180<br>Onier Llopiz, Esq.<br>Email: ol@lydeckerdiaz.com<br>Joan Carlos Wizel, Esq.<br>Email: jcw@lydeckerdiaz.com<br>Natalie Renee Meruelo, Esq.<br>Email: nrm@lydeckerdiaz.com<br>*Counsel for Vericlaim Inc.* | 404-410-3150<br>Robert W. Fisher, Esq.<br>Email: robert.fisher@clydeco.us<br>Taylor Layne Davis, Esq.<br>Email: taylor.davis@clydeco.us<br>*Counsel for Indian Harbor Insurance Company* |

By:     *s/Michael E. Strauch*