**Ex. A – Indian Harbor's Offer dated January 6, 2021**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 19-61275-CIV-COOKE/HUNT

DIPLOMAT GOLF COURSE
VENTURE, LLC, a Florida limited
liability corporation,

        Plaintiff,

v.

INDIAN HARBOR INSURANCE
COMPANY, et al.,

        Defendants.
_____/

## INDIAN HARBOR INSURANCE COMPANY'S
## PROPOSAL FOR SETTLEMENT TO PLAINTIFF

Defendant Indian Harbor Insurance Company, pursuant to Florida Rule of Civil Procedure 1.442 and Florida Statutes § 768.79, submits this Proposal for Settlement to Plaintiff Diplomat Golf Course Venture, LLC ("Plaintiff") and states:

1. This Proposal for Settlement is made pursuant to Florida Rule of Civil Procedure 1.442 and Florida Statutes § 768.79.

2. The party making this Proposal for Settlement is Indian Harbor Insurance Company.

3. The party to whom this Proposal for Settlement is being made is Plaintiff, Diplomat Golf Course Venture, LLC.

4. The total amount of this Proposal for Settlement is Seven-Hundred-Forty-Thousand, Twenty-Four Dollars and Ninety Cents ($740,024.90).

5. Plaintiff's acceptance of this Proposal for Settlement will resolve all of Plaintiff's claims pending in this litigation against Indian Harbor Insurance Company and all damages that could otherwise be awarded in a final judgment against Indian Harbor Insurance Company, including all claims for attorneys' fees, costs, and interest.

1

6.	The only conditions of this Proposal for Settlement are that Plaintiff shall release Indian Harbor Insurance Company of all liability in connection with Plaintiff's insurance claim arising out of Hurricane Irma (Indian Harbor Insurance Company Claim No. 003967890) and shall file jointly with Indian Harbor Insurance Company the motion attached hereto as Exhibit "A" within three business days of receiving the payment contemplated by this Proposal for Settlement.

7.	Attorneys' fees are part of Plaintiff's pending claims against Indian Harbor Insurance Company. This Proposal for Settlement is inclusive of attorneys' fees, and Plaintiff's acceptance of this Proposal for Settlement will resolve Plaintiff's claim against Indian Harbor Insurance Company for attorneys' fees.

8.	The amount proposed to settle a claim for punitive damages is zero dollars as there are no claims pending for punitive damages.

9.	There are no other non-monetary terms other than those stated in this Proposal for Settlement.

DATED: January 6, 2021			Respectfully submitted,

**Taylor L. Davis**
Robert W. Fisher (*pro hac vice*)
Georgia Bar No. 261951
Taylor L. Davis
Florida Bar No. 0089005
Roy Xiao (*pro hac vice*)
Georgia Bar No. 955563
Clyde & Co US LLP
271 17th Street NW, Suite 1720
Atlanta, GA 30363
Tel:  (404) 410-3150
Fax: (404) 410-3151
robert.fisher@clydeco.us
taylor.davis@clydeco.us
roy.xiao@clydeco.us
Counsel for Defendant
Indian Harbor Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been furnished to counsel for the Plaintiff as shown below by e-mail on January 6, 2021:

Michael N. Kreitzer, Esq.
kreitzerm@gtlaw.com
Michael E. Strauch, Esq.
strauchm@gtlaw.com
Jennifer Lauren Junger, Esq.
jungerj@gtlaw.com
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue
Suite 4400
Miami, FL 33131
*Attorneys for Plaintiff*
*Diplomat Golf Course Venture, LLC*

                                      **Taylor L. Davis**
Robert W. Fisher (*pro hac vice*)
Georgia Bar No. 261951
Taylor L. Davis
Florida Bar No. 0089005
Roy Xiao (*pro hac vice*)
Georgia Bar No. 955563
Clyde & Co US LLP
271 17th Street NW, Suite 1720
Atlanta, GA 30363
Tel: (404) 410-3150
Fax: (404) 410-3151
robert.fisher@clydeco.us
taylor.davis@clydeco.us  roy.xiao@clydeco.us

*Counsel for Defendant*
*Indian Harbor Insurance Company*

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 19-61275-CIV-COOKE/HUNT

DIPLOMAT GOLF COURSE
VENTURE, LLC, a Florida limited
liability corporation,

        Plaintiff,

v.

INDIAN HARBOR INSURANCE
COMPANY, et al.,

        Defendants.
_____/

## JOINT MOTION TO DISMISS
## DEFENDANT INDIAN HARBOR INSURANCE COMPANY

        Plaintiff Diplomat Golf Course Venture, LLC ("Diplomat") and Defendant Indian Harbor Insurance Company ("Indian Harbor") hereby jointly move the Court for an Order dismissing Indian Harbor from the above-captioned matter with prejudice. In support of this request, Diplomat and Indian Harbor show the court the following:

        1.      Diplomat filed its Complaint on May 20, 2019. (ECF No. 1.)

        2.      Indian Harbor filed its Answer on July 2, 2019. (ECF No. 52.) Indian Harbor filed an Amended Answer on July 23, 2019. (ECF No. 71.)

        3.      On November 23, 2020, Diplomat and Indian Harbor filed cross-motions for summary judgment against each other. (ECF Nos. 277, 287.)

        4.      Indian Harbor also filed a joinder to defendant Vericlaim, Inc.'s motion for summary judgment against Diplomat. (ECF No. 289.)

        5.      On January 6, 2021, Indian Harbor served a Proposal for Settlement on Diplomat pursuant to Florida Rule of Civil Procedure 1.442 and Florida Statutes § 768.79.

        6.      Diplomat accepted Indian Harbor's Proposal for Settlement and now moves jointly with Indian Harbor for dismissal of Indian Harbor from this case with prejudice.

7. No other parties have asserted any claims against Indian Harbor, and Indian Harbor has not asserted any claims against any other party in this action.

8. Diplomat's acceptance of Indian Harbor's Proposal For Settlement, together with this Motion, resolves all issues relating to the above-captioned lawsuit between Indian Harbor and Diplomat.

9. This Court has the authority to dismiss Indian Harbor from the case with prejudice pursuant to FED R. CIV. P. 41(a)(2). *Potenberg v. Boston Scientific Corp.*, 252 F.3d 1253, 1255 (11th Cir. 2001).

For the foregoing reasons, Diplomat and Indian Harbor respectfully request the Court to enter an Order dismissing Indian Harbor from the above-captioned matter with prejudice. A proposed Order is attached hereto as Exhibit A1.

DATED: _____

Respectfully submitted,

_____
Robert W. Fisher (*pro hac vice*)
Georgia Bar No. 261951
Taylor L. Davis
Florida Bar No. 0089005
Roy Xiao (*pro hac vice*)
Georgia Bar No. 955563
Clyde & Co US LLP
271 17th Street NW, Suite 1720
Atlanta, GA 30363
Tel: (404) 410-3150
Fax: (404) 410-3151
robert.fisher@clydeco.us
taylor.davis@clydeco.us
roy.xiao@clydeco.us
Counsel for Defendant
Indian Harbor Insurance Company

_____
Michael N. Kreitzer, Esq.
Florida Bar No. 705561
Michael E. Strauch, Esq.
Florida Bar No. 13988
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131

2

Tel: (305) 374-7580
Fax: (305) 374-7593
kreitzerm@gtlaw.com
strauchm@gtlaw.com
Counsel for Plaintiff Diplomat Golf Course Venture, LLC

# EXHIBIT A1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 19-61275-CIV-COOKE/HUNT

DIPLOMAT GOLF COURSE
VENTURE, LLC, a Florida limited
liability corporation,

        Plaintiff,

v.

INDIAN HARBOR INSURANCE
COMPANY, et al.,

        Defendants.
_____/

## [PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT INDIAN HARBOR INSURANCE COMPANY

        THIS MATTER is before the Court on Plaintiff, Diplomat Golf Course Venture, LLC's, and Defendant, Indian Harbor Insurance Company's Joint Motion to Dismiss Defendant Indian Harbor Insurance Company ("Joint Motion").

        The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS and ADJUDGES** as follows:

        The Joint Motion is **GRANTED**. Defendant Indian Harbor Insurance Company is hereby dismissed from the above-captioned action **WITH PREJUDICE**. The Clerk is **DIRECTED** to enter judgment dismissing Defendant Indian Harbor Insurance Company with prejudice.

        **DONE and ORDERED** in Chambers, Miami, Florida, this _____ day of _____, 2021.

                                                    _____
                                                    MARCIA G. COOKE
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*